**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8307**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANTHONY T. MORRISON,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (3:05-cr-00080-RLW-2)

Submitted: April 23, 2009        Decided: May 1, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Amy Leigh Austin, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Richmond, Virginia, for Appellant. Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony T. Morrison appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. See United States v. Lindsey, 556 F.3d 238, 244-46 (4th Cir. 2009); United States v. Hood, 556 F.3d 226, 232-33 (4th Cir. 2009). Accordingly, we affirm for the reasons stated by the district court. United States v. Morrison, No. 3:05-cr-00080-RLW-2 (E.D. Va. Oct. 10, 2008). We deny Morrison's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED